1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7099
4 |
Attorneys for Plaintiff
5 |

6 |

7 |

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 |

**PATRICIA JACKSON**                        )        **CASE NO. 2:10-CV-02401-EFB**
11                                          )
                                           )
12                                          )
                                           )        **STIPULATIONAND PROPOSED**
13                                          )        **ORDER EXTENDING PLAINTIFF'S**
                                           )        **TIME TO FILE SUMMARY**
         **Plaintiff,**                     )        **JUDGEMENT MOTION**
14                                          )
**v.**                                      )
15                                          )
**MICHAEL J. ASTRUE**                       )
16 | **Commissioner of Social Security**     )
**of the United States of America,**        )
17                                          )
         **Defendant.**                     )
18                                          )
_____ )
19 |

20 |        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 | Plaintiff's time to file his summary judgment is hereby extended from June 6, 2011, to August 5, 2011.

22 | 2011.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing

23 | schedule, office move, and vacation schedules.

24 | / / / /

25 | / / / /

26 | / / / /

27 |

28 |

1

1    Dated: June 6, 2011                    */s/Bess M. Brewer*
                                            BESS M. BREWER
2                                           Attorney at Law

3                                           Attorney for Plaintiff

4

5    Dated: June 6, 2011                    Benjamin B. Wagner

6                                           United States Attorney

7
                                            /s/ *Kathryn Watson*
8                                           KATHRYN WATSON

9                                           Special Assistant United States Attorney
                                            Attorneys for Defendant
10

11                              **ORDER**

12   APPROVED AND SO ORDERED.

13   DATED:  June 7, 2011.

14

15                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28