1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7099
4
   Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA JACKSON** ) | **CASE NO. 2:10-CV-02401-EFB** |
| ) | |
| ) | |
| ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** ) | **TIME TO FILE SUMMARY** |
| ) | **JUDGEMENT MOTION** |
| **v.** ) | |
| ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from August 5, 2011, to September 14, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule and the need to give older cases briefing priority.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: August 3, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: August 3, 2011 | Benjamin B. Wagner <br> United States Attorney |
| | /s/ *Kathryn Watson* <br> KATHRYN WATSON |
| | Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   August 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE