BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7099

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICIA JACKSON**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | **CASE NO. 2:10-CV-02401-EFB**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended to October 3, 2011. This extension is required due to Plaintiff's counsel's need to address a mental health crisis with a family member which began the evening of September 13, 2011, and extended through September 17, 2011. *See*, Declaration of Counsel.

/ / / /

/ / / /

/ / / /

1

Dated: September 19, 2011          */s/Bess M. Brewer*
                                   BESS M. BREWER
                                   Attorney at Law

                                   Attorney for Plaintiff


Dated: September 19, 2011          Benjamin B. Wagner

                                   United States Attorney

                                   /s/ *Kathryn Watson*
                                   KATHRYN WATSON

                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

## DECLARATION OF BESS M. BREWER

1. I represent the plaintiff in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Plaintiff's brief was due September 14, 2011. Unfortunately, I was unable to complete his brief because I was needed to help deal with the mental health crisis of a family member.

3. At this time, I request until Monday, October 3, 2011, within which to file plaintiff's summary judgment motion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on September 19, 2011, in Sacramento, California.

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 20, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE