BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8928
Facsimile: (415) 744-0134
E-Mail: Kathryn.Watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICIA JACKSON,<br><br>  Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | Case No. 2:10-cv-2401-EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

  IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 60 days from November 16, 2011 to January 16, 2012. This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//

//

//

//

//

Defendant needs the additional time to address newly inherited appellate briefs and properly review the record in the case.

Respectfully submitted,

Dated: November 8, 2011

*/s/ Bess M. Brewer*
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: November 8, 2011

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney
Social Security Administration

## ORDER

**The request for extension of time up to and including January 16, 2012 is granted. No further extensions will be granted.**

SO ORDERED.

Dated: November 14, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2